# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| LINDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1: 09-CV-263 |
| | ) | JUDGES COLLIER/CARTER |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

It appearing from the signatures of counsel that the parties have compromised and settled all matters in controversy herein, by the terms of which Plaintiff's Complaint and all claims asserted or which could have been asserted therein, including any claims which could have been asserted by the Defendant in a counterclaim, should be fully and finally dismissed with prejudice and upon the merits.

Each party shall bear its own discretionary costs and attorneys' fees.

1

ERIC BUCHANAN & ASSOCIATES, PLLC

By: _____s/D. Seth Holliday_____
D. Seth Holliday, TN BPR No. 023136
414 McCallie Avenue
Chattanooga, TN  37402
(423) 634-2506

*Attorneys for Plaintiff*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____s/Cameron S. Hill_____ _
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
423-756-2010

*Attorneys for Defendant*

2